ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ____  DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ____  DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

DAMONE L. HICKS,

        Petitioner,

        v.

A. HEDGPETH,

        Respondent.

)
)
)
)
)
)
)
)

Case No.  CV 12-03451 DDP (AN)

JUDGMENT

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 30, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE